CLOSED

# U.S. District Court
# Middle District of Louisiana (Baton Rouge)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00135−RET−CN

Williams v. C.R. Bard, Inc. et al
Assigned to: Chief Judge Ralph E. Tyson
Referred to: Magistrate Judge Christine Noland
Cause: 28:1332 Diversity−Product Liability

Date Filed: 03/04/2008
Date Terminated: 04/17/2008
Jury Demand: Plaintiff
Nature of Suit: 245 Tort Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Debra S Williams**

represented by **Douglas R. Plymale**
Murray Law Firm
650 Poydras Street
Suite 1100
New Orleans, LA 70130
504−648−0180
Email: dplymale@dugan−lawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**C.R. Bard, Inc.**

**Defendant**

**Davol, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/04/2008 | " 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 053N0000000000307163.), filed by Debra S Williams. (Attachments: # 1 Exhibit 1 Civil Cover Sheet, # 2 Exhibit 2. Summons Bard, Inc., # 3 Exhibit 3. Summons Davol, Inc.)(Plymale, Douglas) (Entered: 03/04/2008) |
| 03/04/2008 | " 2 | Summons Issued as to C.R. Bard, Inc., Davol, Inc.. (NOTICE: Counsel shall print and serve both the summons and all attachments in accordance with Federal Rule of Civil Procedure 4.) (HCJ, ) (Entered: 03/04/2008) |
| 03/14/2008 | " 3 | 90 DAY CONFERENCE ORDER: Scheduling Conference set for 7/17/2008 at 10:30 AM in chambers before Magistrate Judge Christine Noland. Status Report due by 7/2/2008.. Signed by Magistrate Judge Christine Noland on 3/14/08. (BP, ) (Entered: 03/14/2008) |
| 04/17/2008 | " 4 | Letter dated 04/15/08 from MDL Panel to MDL Court Re: Copy of conditional transfer order, not yet certified. (PAH, ) (Entered: 04/17/2008) |